January 4, 1980.

425 A.2d 6

Commonwealth v. Alexander, Appellant.

Submitted March 23, 1979. Nicholas Panarella, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

425 A.2d 6

Commonwealth v. Bailey, Appellant.
Petition for Allowance of Appeal Denied July 16, 1981.

Submitted June 29, 1979. Michael L. Levy, for appellant; Suzanne McDonough, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached following the death of Robinson, J.